FILED & JUDGMENT ENTERED
Steven T. Salata

October 13 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| IN THE MATTER OF: | ) | |
|---|---|---|
| | ) | CASE NO.: 16-40087 |
| JOSHUA STEVEN EARLEY AND | ) | |
| AMANDA NEWTON EARLEY, | ) | CHAPTER 13 |
| | ) | |
| DEBTORS. | ) | |

## CONSENT ORDER ALLOWING CLAIM AND OVERRULING OBJECTION TO CLAIM

THIS CAUSE, coming on to be heard and being heard before J. Craig Whitley, United States Bankruptcy Judge for the Western District of North Carolina upon the Trustee's Objection to Claim (Docket #17) (hereinafter "Objection") and the Response and Request for Hearing (hereinafter "Response") filed herein by Cavalry SPV I LLC (hereinafter "Cavalry")-(Docket # 18) being heard on August 26, 2016;

It appearing to the Court that the Objection to Claim was properly served on all parties in interest that Cavalry timely filed and served a Response and that this matter is properly before the Court; and

It further appearing that Cavalry amended its Proof of Claim on July 15, 2016, which documented that Cavalry had a security interest in a 2007 Kawasaki Bruteforce 4x4 ATV, VIN # JKAVFDB107B515087 pursuant to a Contract executed by Amanda Newton Earley.

NOW, THEREFORE, IT IS HEREWITH ORDERED, ADJUDGED AND DECREED as follows:

1. That the Trustee's Objection to Claim be and the same herewith is overruled;

2. That Cavalry be and it herewith is granted an allowed secured claim in the sum of $3,493.67 with interest accruing at rate of 5.5% per annum until paid;

3. That the Trustee be and is hereby authorized to modify the plan payment as needed, in order to maintain the same percentage of dividends as is currently being paid to the unsecured creditors, throughout the term of the plan; and

4. The Trustee be and is hereby authorized to modify the plan as needed to pay Robert H. Lutz the sum of $450.00 for non-base attorney fees for representing the Debtors in the Trustee's Objection to Claim.

Consented by:

Robert H. Lutz
Attorney for Debtors


/s/ Robert H. Lutz
Robert H. Lutz
Lutz Law Firm, PLLC
310-8 E. Graham Street
Shelby, NC 28150

Hutchens Law Firm
Attorneys for Cavalry SPV 1, LLC

William Walt Pettit
Hutchens Law Firm
6230 Fairview Rd, Suite 315
Charlotte, NC  28210

Steven G. Tate
Chapter 13 Trustee


/s/ Steven G. Tate
Steven G. Tate
Chapter 13 Trustee
212 Cooper Street
Statesville, NC  28677

This Order has been signed electronically. The Judge's signature and Court's Seal appear at the top of the Order

United States Bankruptcy Court